IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED

FEB 2 0 2025

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:25-CR-18 |
| V. | § | JUDGES JCB/KNM |
| | § | |
| JUAN MANUEL MUNOZ-MENA | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

> Violation: 8 U.S.C. § 1326(a) (Illegal
> Reentry Following Removal)

On or about November 5, 2024, in the Eastern District of Texas, defendant, **Juan Manuel Munoz-Mena**, an alien, was found in the United States after having been previously removed from the United States on or about October 17, 2017, and that the defendant had not received the consent of the Secretary of the Department of Homeland Security to apply for readmission to the United States since the time of his previous removal.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL

_____
GRAND JURY FOREPERSON

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

_____
ALLEN H. HURST
Assistant United States Attorney

FebRuARy 20, 2025
_____
Date

Indictment - Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | NO. 6:25-CR-_____ |
| V. | § | JUDGES _____ |
| | § | |
| JUAN MANUEL MUNOZ-MENA | § | |

## NOTICE OF PENALTY

### COUNT ONE

| | |
|---|---|
| Violation: | 8 U.S.C. §§ 1326(a) & (b) |
| Penalty: | Imprisonment for a term of not more than 2 years; a fine not to exceed $250,000, or both; and a term of supervised release of not more than 1 year. |
| | If removal was after a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony other than an aggravated felony – not more than 10 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years; |
| | If removal was after a conviction for commission of an aggravated felony - not more than 20 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years. |
| Special Assessment: | $100.00 |

Indictment - Page 2